# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UMB BANK, NATIONAL ASSOCIATION,** as trustee, | } } } | |
| Plaintiff, | } | AL-ND Miscellaneous Case |
| v. | } } | Case Number: 2:22-mc-00186-RDP |
| **BLUESTONE COKE, LLC f/k/a ERP COMPLIANT COKE, LLC, THOMAS M. CLARKE, AND ANA M. CLARKE,** | } } } } | United States District Court Southern District of New York Case Number: 20-cv-2043-LJL |
| Defendants. | } | |

## CERTIFICATE OF JUDGMENT

I, **Sharon Harris,** Clerk of the United States District Court for the Northern District of Alabama, do hereby certify that a Judgment Order was rendered by the United States District Court for the Southern District of New York, and registered in the United States District Court for the Northern District of Alabama on the 11th day of February, 2022, in the above-styled cause wherein: Judgment in the amount of $ 12,706,177.10 Dollars together with all interest accruing from May 25, 2021 through the date of this Judgment Order along with reasonable fees and costs incurred in connection with any enforcement of this judgment is hereby entered against Bluestone Coke, LLC f/k/a ERP Compliant Coke, LLC whose address is 3500 35th Avenue North, Birmingham, AL 35207; Thomas M. Clarke and Ana Mercedes Clarke whose address is 192 Summerfield Court, Suite 203, Roanoke, VA 24019, jointly and severally, in favor of UMB Bank, National Association, as Trustee.; and that Brannon J. Buck whose address is Badham & Buck LLC, 2001 Park Place North, Suite 500, Birmingham, AL 35203 is the Attorney of Record for Plaintiff in said cause.

WITNESS My Hand and the Seal of this Court on February 24, 2022.


SHARON HARRIS, CLERK


By:_____
Deputy Clerk